PRGSLA,5.

DEALY & SILBERSTEIN, LLP
William J. Dealy (WD 9776)
Milo Silberstein (MS 4736)
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066
*Attorneys for Plaintiffs The Trustees of
the United Teamster Fund*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRUSTEES OF THE UNITED TEAMSTER
FUND,

                          Plaintiffs,

      - against -

CHLOE FOODS CORP. and ANDREW THEMIS,

                          Defendants.
-----------------------------------------------------------X

Case No. 08 CV 01078 (LAP)

**NOTICE OF DISMISSAL**
ECF ACTION

SIRS:

      PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1), the attorneys for the Plaintiffs THE TRUSTEES OF THE UNITED TEAMSTER FUND hereby discontinue the above-entitled action, as to Defendants CHLOE FOODS CORP. and ANDREW THEMIS, without costs to either party as against the other and without prejudice.

Dated: New York, New York
February 1, 2008

Yours, etc.,

DEALY & SILBERSTEIN, LLP

By: /s/ Milo Silberstein
Milo Silberstein (MS 4637)
Attorneys for Plaintiffs The Trustees
of the United Teamster Fund
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

February 5, 2008

SO ORDERED:

_____
U.S.D.J.